CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 12 2014

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WADE RICARDO GUMBS, )<br>    Plaintiff, ) | Civil Action No. 7:13-cv-00303 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| DR. THEODORE THOMPSON, et al. )<br>    Defendants. ) | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that the defendants' motions for summary judgment (ECF 17, 45, 50) are **GRANTED**; Gumbs' motion for preliminary injunction (ECF 11) is **DENIED** as moot; and this matter is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this order and accompanying memorandum opinion to the parties.

**ENTER**: March 12, 2014.

UNITED STATES DISTRICT JUDGE